No. 87–964.   DeSoto v. Yellow Freight Systems, Inc. C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc.*, *ante*, p. 399.

No. 87–1099.   Hanneken v. Dixon Distributing Co.   C. A. 7th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc.*, *ante*, p. 399.

No. 87–1103.   Gerhardt, as Guardian ad Litem for Krueger v. Estate of Moore.   Sup. Ct. Wis.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Clark* v. *Jeter, ante*, p. 456.

No. 87–1189.   Mays v. Reynolds Metal Co.   Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc.*, *ante*, p. 399.

No. 87–1263.   Lastimosa v. Hughes Aircraft Co. et al. C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lingle* v. *Norge Division of Magic Chef, Inc.*, *ante*, p. 399.

No. 87–5355.   Stout v. Oklahoma.   Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maynard* v. *Cartwright, ante*, p. 356.

No. 87–5676.   Hayes v. Oklahoma.   Ct. Crim. App. Okla. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Maynard* v. *Cartwright, ante*, p. 356.